UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JODAP, LLC

        Plaintiff,

v.

Case No. 2:10-10652

Hon. George Caram Steeh

FEDERAL DEPOSIT INSURANCE
CORPORATION, LORENZO JOHN
CAVALIERE, LLC, LORENZO JOHN
CAVALIERE, and LEVEL ONE HVAC
SERVICES, LLC,

        Defendants.
_____/

## ORDER GRANTING DEFENDANT FDIC'S MOTION FOR STAY OF PROCEEDINGS

The above entitled matter has come before the Court on defendant FDIC's motion for stay of proceedings. For the reasons stated on the record on May 18, 2010 by the Court; now therefore,

IT IS ORDERED AND ADJUDGED that Defendant FDIC's motion for stay of proceedings is GRANTED. It is further ORDERED that this lawsuit is stayed until the earlier of 180 days from the filing of plaintiff JODAP, LLC's administrative claim or ten days after the FDIC has issued a final determination on such claim. This matter shall be administratively closed and may be reopened on notice from any party that one of the two conditions above has occurred.

Dated: May 18, 2010

                                            S/George Caram Steeh
                                            GEORGE CARAM STEEH
                                            UNITED STATES DISTRICT JUDGE

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on May 18, 2010, by electronic and/or ordinary mail.

S/Josephine Chaffee
Deputy Clerk